**Matthew C. Smith (State Bar No. 276024)**
**Santana and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Austreberto Santamaria-Valencia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>AUSTREBERTO SANTAMARIA-VALENCIA,<br><br>   Defendant. | No. 2:21-CR-0079 TLN<br><br>ORDER<br><br><br><br>Hon. Magistrate Kendall J. Newman |

The Court hereby **DENIES** Defendant Austreberto Santamaria-Valencia's request to be released and to travel to Stockton, California to attend his sister's mass and burial on October 8, 2022, at 6:00 a.m., and to return to the Nevada County Jail on October 9, 2022, at 6:00 p.m..

The Court hereby **GRANTS** Defendant Austreberto Santamaria-Valencia's request to view the mass and the funeral service via live stream while he remains in custody at the Nevada County Jail (so long as he can do so in accordance with the jail's rules).

IT IS SO ORDERED.

Dated: October 6, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE