**Matthew C. Smith (State Bar No. 276024)**
**Beauchamp and Smith Law Firm**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Austreberto Santamaria-Valencia

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTREBERTO SANTAMARIA-VALENCIA ,<br><br>Defendant. | Case No.: 2:21-CR-0079-TLN<br><br><br>STIPULATION AND ORDER TO EXCLUDE TIME<br><br><br>Date:  March 7, 2024<br>Time: 9:30 a.m.<br>Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on March 7, 2024.

2. By this stipulation, defendant now moves to continue the status conference until April 18, 2024, at 9:30 a.m. and to exclude time between March 7, 2024, and April 18, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a.) The government has produced the discovery associated with this case including, among other things, investigative reports, photographs, and video recordings.

   b.) Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct an investigation and research related to the charges, to review

discovery for this matter, to discuss potential resolutions with his client, and to prepare pretrial motions.

     c.)     Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d.)     The government does not object to the continuance.

     e.)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f.)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 7, 2024 to April 18, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Rule T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Date: March 04, 2024                                    /s/ Matthew C. Smith
                                                                               MATTHEW C. SMITH
                                                                               Attorney for Defendant
                                                                               Austreberto Santamaria-Valencia

Date: March 04, 2024                                      /s/ James R. Conolly
                                                                               James R. Conolly
                                                                               Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of March, 2024.

                                                  Troy L. Nunley
                                                  United States District Judge