**Matthew C. Smith (State Bar No. 276024)**
**Beauchamp and Smith Law Firm, P.C.**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Austreberto Santamaria-Valencia

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>AUSTREBERTO SANTAMARIA-VALENCIA ,<br><br>    Defendant. | Case No.: 2:21-CR-0079-TLN<br><br>STIPULATION AND ORDER TO EXCLUDE TIME<br><br><br>Date:  May 16, 2024<br>Time: 9:30 a.m.<br>Hon. Troy L. Nunley |

## STIPULATION

1. By previous order, this matter was set for status on May 16, 2024.

2. By this stipulation, defendant now moves to continue the status conference until July 18, 2024, at 9:30 a.m., and to exclude time between May 16, 2024, and July 18, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a.) The government has produced the discovery associated with this case

including, among other things, investigative reports, photographs, and video recordings.

  b.) Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct an investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his client, and to prepare pretrial motions.

  c.) Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government has recently proposed an offer to resolve this case and defense counsel needs time to review that offer with his client, in light of the evidence in this case, and determine their strategy.

  d.) The government does not object to the continuance.

  e.) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f.) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 18, 2024 to May 16, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Rule T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions

of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

      IT IS SO STIPULATED.

Date: May 14, 2024             /s/ Matthew C. Smith  
                                     MATTHEW C. SMITH  
                                Attorney for Defendant  
                                Austreberto Santamaria-Valencia

Date: May 14, 2024             /s/ James R. Conolly  
                                James R. Conolly  
                                Assistant United States Attorney

## ORDER

IT IS SO FOUND AND ORDERED this 14th day of May, 2024.

                                Troy L. Nunley  
                                United States District Judge